IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: July 14, 2011
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 11-cv-00488-RPM

| | |
|---|---|
| MITCHELL ANDERSON, | William W. Muhr |
| | David Harper |
| Plaintiff, | James Vigil |
| v. | |
| | |
| B. WORSTELL, (No. 2172) individually and | Shane M. White |
| in his capacity as a paid peace officer and | |
| as an employee and /or | |
| agent of the Colorado Springs Police Department and | |
| the City of Colorado Springs; | |
| C. CALKINS, (No. 2047) individually and | |
| in his capacity as a paid peace officer and | |
| as an employee and /or agent of the Colorado Springs Police Department and | |
| the City of Colorado Springs; | |
| COLORADO SPRINGS POLICE DEPARTMENT, in its capacity as an agent and/or | |
| independent contractor of the City of Colorado Springs; | |
| THE CITY OF COLORADO SPRINGS, in its capacity as a governmental entity and | |
| as the employer of Officers Worstell and Calkins and | |
| the Colorado Springs Police Department; | |
| JOHN DOES 1-7, whose names and identities are unknown, individually and | |
| in their capacity as governmental officers or employees, peace officers, and / or | |
| agents of the Colorado Springs Police Department and / or | |
| the City of Colorado Springs; and | |
| LISA N. PIEL, | Joel A. Richardson |
| | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Trinity Hearing**

**10:05 a.m.     Court in session.**

Plaintiff present.

Court's preliminary remarks.

July 14, 2011
11-cv-00488-RPM

10:06 a.m.	Plaintiff's witness, Perry L. Haney, sworn.

Direct examination of Dr. Haney by Mr/ Muhr.

**Plaintiff's Exhibit 1 identified, offered and received** (limited purpose)**.**
**Plaintiff's Exhibit 2 identified, offered and received.**
**Plaintiff's Exhibit 3 identified, offered and received.**

10:29 a.m.	Cross examination of Dr. Haney by Mr. White.

Reference to Plaintiff's Exhibits 1, 2 and 3.
**Defendant's Exhibit A identified, offered and received.**

10:40 a.m.	Redirect examination of Dr. Haney by Mr. Muhr.

Reference to Defendant's Exhibit A.

10:47 a.m.	Plaintiff, Mitchell Anderson, sworn.

Direct examination of Mr. Anderson by Mr. Muhr.

10:53 a.m.	Cross examination of Mr. Anderson by Mr. White.

**Defendant's Exhibit B identified, offered and received.**

Plaintiff answers questions asked by the Court.

10:58 a.m.	Redirect examination of Mr. Anderson by Mr. Muhr.

Plaintiff answers further questions asked by the Court.

Mr. White answers questions asked by the Court.

**Court's findings are as stated on the record.**

**ORDERED:	City Defendants' Motion to Dismiss, filed April 22, 2011 [13], is denied.
	Scheduling Conference scheduled August 26, 2011 at 11:00 a.m.**

**11:10 a.m.	Court in recess.**

**Clerks's Note:** Plaintiff's Exhibits 1, 2 and 3 and Defendant's Exhibits A and B returned to counsel by U.S. Mail**.**

Hearing concluded.  Total time: 1 hr. 5 min.