IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00488-RPM

MITCHELL ANDERSON,

    Plaintiff,

v.

B. WORSTELL, (No. 2172) individually and in his capacity as a paid peace officer and as an employee and/or agent of the Colorado Springs Police Department and the City of Colorado Springs;
C. CALKINS, (No. 2047) individually and in his capacity as a paid peace officer and as an employee and/or agent of the Colorado Springs Police Department and the City of Colorado Springs;
COLORADO SPRINGS POLICE DEPARTMENT, in its capacity as an agent and/or independent contractor of the City of Colorado Springs;
THE CITY OF COLORADO SPRINGS, in its capacity as a governmental entity and as the employer of Officers Worstell and Calkins and the Colorado Springs Police Department;
JOHN DOES 1-7, whose names and identities are unknown, individually and in their capacity as governmental officers or employees, peace officers, and/or agents of the Colorado Springs Police Department and/or the City of Colorado Springs; and
LISA N. PIEL,

    Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to the hearing held today, it is

    ORDERED that a scheduling conference will be held on **August 26, 2011, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on August 18, 2011.**

The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend.

Dated: July 14th, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge