IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00488-RPM

MITCHELL ANDERSON,

    Plaintiff,

v.

B. WORSTELL, (No. 2172) individually and in his capacity as a paid peace officer and as an employee and/or agent of the Colorado Springs Police Department and the City of Colorado Springs;
C. CALKINS, (No. 2047) individually and in his capacity as a paid peace officer and as an employee and/or agent of the Colorado Springs Police Department and the City of Colorado Springs;
COLORADO SPRINGS POLICE DEPARTMENT, in its capacity as an agent and/or independent contractor of the City of Colorado Springs;
THE CITY OF COLORADO SPRINGS, in its capacity as a governmental entity and as the employer of Officers Worstell and Calkins and the Colorado Springs Police Department;
JOHN DOES 1-7, whose names and identities are unknown, individually and in their capacity as governmental officers or employees, peace officers, and/or agents of the Colorado Springs Police Department and/or the City of Colorado Springs; and
LISA N. PIEL,

    Defendants.

---

ORDER FOR STAY AND VACATING SCHEDULING CONFERENCE

---

On July 18, 2011, the defendants filed a notice of appeal of this Court's order denying the defendants' motion to dismiss. The issue of qualified immunity of the individual defendants is appropriate for an interlocutory appeal and the notice of appeal divests this court of jurisdiction over those claims. While the issue of the applicability of the Colorado Governmental Immunity Act may or may not be appealable, there is no good purpose to proceed until the appeal issues are decided. Accordingly, it is

ORDERED that this civil action is stayed pending appeal and the order for scheduling conference for August 26, 2011, is vacated.

Dated: August 10th, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge