IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00488-RPM

MITCHELL ANDERSON,

    Plaintiff,

v.

B. WORSTELL, (No. 2172) individually and in his capacity as a paid peace officer and as an employee and/or agent of the Colorado Springs Police Department and the City of Colorado Springs;
C. CALKINS, (No. 2047) individually and in his capacity as a paid peace officer and as an employee and/or agent of the Colorado Springs Police Department and the City of Colorado Springs;
COLORADO SPRINGS POLICE DEPARTMENT, in its capacity as an agent and/or independent contractor of the City of Colorado Springs;
THE CITY OF COLORADO SPRINGS, in its capacity as a governmental entity and as the employer of Officers Worstell and Calkins and the Colorado Springs Police Department;
JOHN DOES 1-7, whose names and identities are unknown, individually and in their capacity as governmental officers or employees, peace officers, and/or agents of the Colorado Springs Police Department and/or the City of Colorado Springs; and
LISA N. PIEL,

    Defendants.

---

## ORDER DISMISSING STATE LAW CLAIMS WITHOUT PREJUDICE

---

Upon receipt of the Mandate from the United States Court of Appeals for the Tenth Circuit, pursuant to its Order and Judgment issued August 1, 2012, dismissing the first claim for relief in the First Amended Complaint and Jury Demand [2] and this Court having previously dismissed the other federal claims in that pleading and the fifth through ninth claims for relief being state law claims for which this Court has no jurisdiction except as supplemental jurisdiction to the federal claims, it is now, pursuant to 28 U.S.C. § 1367 (c)(3)

ORDERED that the remaining fifth through ninth claims for relief in the First Amended Complaint are dismissed without prejudice.

Dated: August 29th, 2012

                              BY THE COURT:

                              s/ Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge